KATHRYN HASSON BURTON, as Ancillary Executrix of ALEXANDER R. BURTON, Deceased, Respondent, v. HERMAN RYNVELD and Another, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

ARTHUR A. PARKER, Respondent, v. PHELPS DODGE CORP. and NICHOLS COPPER COMPANY, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

NEW YORK FOREIGN TRADE ZONE OPERATORS, INC., Appellant, v. THE STATE LIQUOR AUTHORITY OF THE STATE OF NEW YORK and Others, Respondents.— Order denying plaintiff's motion for an injunction *pendente lite* unanimously affirmed. Judgment, and the order appealed from granting defendants' motion for judgment dismissing the complaint, affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.; Untermyer and Dore, JJ., dissent and vote to reverse and deny the motion to dismiss the complaint. [173 Misc. 540.]

SARA H. RICE, Respondent, v. 494 CORP. and DANIEL REEVES, INC., Appellants, Impleaded with Another, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

MALCOLM M. SLAUGHTER & Co., INC., Respondent, v. EMIGRANT INDUSTRIAL SAVINGS BANK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.; Dore, J., dissents and votes to reverse and grant a new trial on the ground that the finding that plaintiff was the procuring cause of the sale in question is against the documentary evidence and the weight of the credible evidence, that there was no evidence to establish the alleged authority of the witness Smith to employ plaintiff through an oral conversation in a real estate transaction of this magnitude on behalf of the bank; and that the charge of the learned trial court contained errors that are not likely to recur on a new trial.

THE PEOPLE OF THE STATE OF NEW YORK, on Complaint of GOLDEN FITZ GERALD, Respondent, v. JULIAN H. GINS, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

DANIEL E. FINN, JR., as Sheriff of the County of New York, and NATHAN PROBST, JR., Appellants, v. ROCKEFELLER CENTER, INC., Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

ANN BREWER, Petitioner, Respondent, v. FREDERICK BREWER, Appellant.— Order unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

ALEXANDER HEDEMAN, Appellant, v. FAIRBANKS MORSE & Co., Respondent.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL KELLER, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.